UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.:

**KIMN S. SULLIVAN** a/k/a
**KIMBERLY S. SULLIVAN,** individually and
on behalf of those similarly situated,

      **Plaintiff,**

vs.                               **DEMAND FOR JURY TRIAL**

**BANK OF AMERICA, N.A.**, and
**SAFEGUARD PROPERTIES
MANAGEMENT, LLC,**

      **Defendants.**
_____/

**SUMMONS IN A CIVIL ACTION**

To:    BANK OF AMERICA, N.A.
       c/o C T CORPORATION SYSTEM
       1200 South Pine Island Road
       Plantation, FL 33324

       A lawsuit has been filed against you.

       Within 21 days after service of this summons on you (not counting the day you received it) – or 60 days if you are in the United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) – you must serve on plaintiffs an answer to the attached complaint of a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorneys, whose names and addresses are:

| | |
|---|---|
| Scott David Hirsch | **GUSTAFSON GLUEK PLLC** |
| **SCOTT HIRSCH LAW GROUP** | Daniel E. Gustafson* *Pro Hac Forthcoming* |
| Fla. Bar No. 50833 | Daniel C. Hedlund* *Pro Hac Forthcoming* |
| 6810 N. State Road 7 | David A. Goodwin* *Pro Hac Forthcoming* |
| Coconut Creek, FL 33073 | Canadian Pacific Plaza |
| Tel: (561) 569-7062 | 120 South 6th Street, Suite 2600 |
| Email: scott@scotthirschlawgroup.com | Minneapolis, MN 55402 |
| | Tel: (612) 333-8844 |
| | Email: dgustafson@gustafsongluek.com |
| |          dheadlund@gustafsongluek.com |
| |          dgoodwin@gustafsongluek.com |

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You must also file your answer or motion with the court.

CLERK OF COURT

Date: _____          _____
                                     Signature of Clerk or Deputy Clerk