# EXHIBIT 2

IN THE CIRCUIT COURT OF THE 15TH JUDICIAL CIRCUIT, IN AND FOR
PALM BEACH COUNTY, FLORIDA

CASE NO. 2012-CA-013849

BANK OF AMERICA, N.A.,

        Plaintiff,

vs.

ANITA MANDAL, ET AL.,

        Defendants,

_____/

## PLAINTIFF'S SECOND SUPPLEMENTAL RESPONSES TO DEFENDANT'S REQUEST FOR PRODUCTION REGARDING AMOUNTS DUE AND OWING

Plaintiff, by and through undersigned counsel, hereby files the following supplemental responses the Request for Production regarding Amounts Due and Owing propounded by Defendant KIMBERLY SULLIVAN (hereinafter "Defendant") as follows:

8. A copy of any records or receipts for charges or payments of property inspections, including a breakdown of the time, date and reason for each property inspection that the bank is currently charging for on the subject property

    **RESPONSE: In addition to the items produced in Plaintiff's initial and supplemental responses, attached see an inspection transaction detail.**

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was emailed and/or mailed to the parties on the attached service list on this 5th day of November, 2019.

    MARINOSCI LAW GROUP, P.C.
    *Attorney for Plaintiff*
    100 W. Cypress Creek Rd., Suite 1045
    Ft. Lauderdale, FL 33309
    Phone: 954-644-8704

    Andrew Arias, Esq.   FBN: 89501
    ServiceFL@MLG-Defaultlaw.com
    ServiceFL2@MLG-Defaultlaw.com

## SERVICE LIST

CASE NUMBER: 2012-CA-013849

KIMBERLY SULLIVAN
C/O AMANDA L. LUNDERGAN, ESQ.
P.O. BOX 211474
ROYAL PALM BEACH, FL 33421
AMANDA@LUNDERGANLEGAL.COM
JEN@LUNDERGANLEGAL.COM

ANITA MANDAL
2401 PGA BLVD., SUITE 146
PALM BEACH GARDENS, FL 33410

FIRSTCITY BANK OF COMMERCE
11760 US HIGHWAY 1, SUITE 102W
PALM BEACH GARDENS, FL 33408

LARRY M MESCHES, ESQ.
ATTORNEY FOR MARINA GARDENS PROPERTY OWNERS ASSOCIATION INC
3399 PGA BLVD., SUITE 240
WEST PALM BEACH, FL 33401
lmesches@rmlawyer.com

UNITED STATES OF AMERICA
C/O US ATTRONEY GENERAL, SOUTHERN DISTRICT
99 NE 4TH STREET
MIAMI, FL 33132

UNKNOWN TENANTS
5 MARINA GARDENS DR
PALM BEACH GARDENS, FL 33410

| Order Date | Completed Date | Loan Type | Service | Amount | Sales Tax | Total Amount | Invoice Number | Invoice Date | Payment Date | Check Number |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | Inspection Photo | $0.00 | $0.00 | | 90431678 | 9/9/2019 | 9/13/2019 | 2000571298 |
| | | | Inspections | $17.50 | $0.00 | | | | | |
| 9/4/2019 | 9/9/2019 | CV | Total: | $17.50 | | $17.50 | | | | |
| | | | Inspection Photo | $0.00 | $0.00 | | 89992754 | 8/6/2019 | 8/16/2019 | 2000379160 |
| | | | Inspections | $17.50 | $0.00 | | | | | |
| 8/2/2019 | 8/6/2019 | CV | Total: | $17.50 | | $17.50 | | | | |
| | | | Inspection Photo | $0.00 | $0.00 | | 89650654 | 7/12/2019 | 7/18/2019 | 2000082488 |
| | | | Inspections | $17.50 | $0.00 | | | | | |
| 7/8/2019 | 7/12/2019 | CV | Total: | $17.50 | | $17.50 | | | | |
| | | | Inspection Photo | $0.00 | $0.00 | | 89316482 | 6/18/2019 | 6/24/2019 | 2000391329 |
| | | | Inspections | $17.50 | $0.00 | | | | | |
| 6/14/2019 | 6/18/2019 | CV | Total: | $17.50 | | $17.50 | | | | |
| | | | Inspection Photo | $0.00 | $0.00 | | 89027986 | 5/24/2019 | 5/31/2019 | 2000167517 |
| | | | Inspections | $17.50 | $0.00 | | | | | |
| 5/21/2019 | 5/24/2019 | CV | Total: | $17.50 | | $17.50 | | | | |
| | | | Inspection Photo | $0.00 | $0.00 | | 88396497 | 4/5/2019 | 4/12/2019 | 2000191109 |
| | | | Inspections | $17.50 | $0.00 | | | | | |
| 4/2/2019 | 4/5/2019 | CV | Total: | $17.50 | | $17.50 | | | | |
| | | | Inspection Photo | $0.00 | $0.00 | | 77969399 | 3/7/2019 | 3/13/2019 | 2000020039 |
| | | | Inspections | $17.50 | $0.00 | | | | | |
| 3/5/2019 | 3/6/2019 | CV | Total: | $17.50 | | $17.50 | | | | |
| | | | Inspection Photo | $0.00 | $0.00 | | 77688694 | 2/8/2019 | 2/14/2019 | 2000033518 |
| | | | Inspections | $17.50 | $0.00 | | | | | |
| 2/4/2019 | 2/7/2019 | CV | Total: | $17.50 | | $17.50 | | | | |
| | | | Inspection Photo | $0.00 | $0.00 | | 77197198 | 1/2/2019 | 1/8/2019 | 2000002001 |
| | | | Inspections | $17.50 | $0.00 | | | | | |
| 12/18/2018 | 12/31/2018 | CV | Total: | $17.50 | | $17.50 | | | | |
| | | | Inspection Photo | $0.00 | $0.00 | | 76754008 | 11/27/2018 | 12/4/2018 | 2000711780 |
| | | | Inspections | $17.50 | $0.00 | | | | | |
| 11/20/2018 | 11/23/2018 | CV | Total: | $17.50 | | $17.50 | | | | |
| | | | Inspection Photo | $0.00 | $0.00 | | 76344384 | 10/29/2018 | 11/5/2018 | 2000687566 |
| | | | Inspections | $17.50 | $0.00 | | | | | |
| 10/22/2018 | 10/26/2018 | CV | Total: | $17.50 | | $17.50 | | | | |
| | | | Inspections | $0.00 | $0.00 | | 75987585 | 10/1/2018 | 10/5/2018 | 2000621845 |
| | | | Inspections | $17.50 | $0.00 | | | | | |
| 9/24/2018 | 9/25/2018 | CV | Total: | $17.50 | | $17.50 | | | | |
| | | | **NO CONTACT | $17.50 | $0.00 | | 75643199 | 9/4/2018 | 9/14/2018 | 2000587515 |
| 8/27/2018 | 8/28/2018 | CV | Total: | $17.50 | | $17.50 | | | | |
| | | | **NO CONTACT | $17.50 | $0.00 | | 75250081 | 8/2/2018 | 8/7/2018 | 2000512832 |
| 7/31/2018 | 8/1/2018 | CV | Total: | $17.50 | | $17.50 | | | | |
| | | | **NO CONTACT | $17.50 | $0.00 | | 74887116 | 7/6/2018 | 7/12/2018 | 2000399045 |
| 7/3/2018 | 7/5/2018 | CV | Total: | $17.50 | | $17.50 | | | | |
| | | | **NO CONTACT | $17.50 | $0.00 | | 74572330 | 6/8/2018 | 6/14/2018 | 2000396208 |
| 6/5/2018 | 6/7/2018 | CV | Total: | $17.50 | | $17.50 | | | | |
| | | | **NO CONTACT | $17.50 | $0.00 | | 74246042 | 5/11/2018 | 5/17/2018 | 2000244198 |
| 5/8/2018 | 5/10/2018 | CV | Total: | $17.50 | | $17.50 | | | | |
| | | | **NO CONTACT | $17.50 | $0.00 | | 73913738 | 4/16/2018 | 4/20/2018 | 2000195305 |
| 4/10/2018 | 4/13/2018 | CV | Total: | $17.50 | | $17.50 | | | | |
| | | | **NO CONTACT | $17.50 | $0.00 | | 73605615 | 3/19/2018 | 3/23/2018 | 2000254450 |
| 3/9/2018 | 3/16/2018 | CV | Total: | $17.50 | | $17.50 | | | | |
| | | | **NO CONTACT | $17.50 | $0.00 | | 73248362 | 2/13/2018 | 2/19/2018 | 2000000062 |
| 2/9/2018 | 2/12/2018 | CV | Total: | $17.50 | | $17.50 | | | | |
| | | | **NO CONTACT | $15.00 | $0.00 | | 72887803 | 1/16/2018 | 1/23/2018 | 2000095536 |
| 1/10/2018 | 1/15/2018 | CV | Total: | $15.00 | | $15.00 | | | | |

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | **NO CONTACT | $15.00 | $0.00 | | 72561249 | 12/18/2017 | 12/18/2017 | 2000422797 |
| 12/4/2017 | 12/16/2017 | FNM | Total: | $15.00 | | $15.00 | | | | |
| | | | **NO CONTACT | $0.00 | $0.00 | | 72231935 | 11/17/2017 | | |
| 11/6/2017 | 11/8/2017 | CV | Total: | $0.00 | | $0.00 | | | | |
| | | | **NO CONTACT | $0.00 | $0.00 | | 72216805 | 11/16/2017 | | |
| 10/11/2017 | 11/8/2017 | CV | Total: | $0.00 | | $0.00 | | | | |
| | | | **NO CONTACT | $15.00 | $0.00 | | 73687731 | 3/26/2018 | 8/14/2018 | 2000542218 |
| 10/11/2017 | 11/8/2017 | CV | Total: | $15.00 | | $15.00 | | | | |
| | | | **NO CONTACT | $15.00 | $0.00 | | 71277619 | 9/18/2017 | 10/17/2017 | 2000248457 |
| 9/12/2017 | 9/16/2017 | CV | Total: | $15.00 | | $15.00 | | | | |
| | | | **NO CONTACT | $15.00 | $0.00 | | 70828211 | 8/10/2017 | 8/16/2017 | 2000127856 |
| 8/8/2017 | 8/9/2017 | CV | Total: | $15.00 | | $15.00 | | | | |
| | | | **NO CONTACT | $15.00 | $0.00 | | 70493067 | 7/17/2017 | 7/21/2017 | 2000022364 |
| 7/11/2017 | 7/14/2017 | CV | Total: | $15.00 | | $15.00 | | | | |
| | | | **NO CONTACT | $15.00 | $0.00 | | 70145422 | 6/19/2017 | 6/23/2017 | 2000116236 |
| 6/13/2017 | 6/16/2017 | CV | Total: | $15.00 | | $15.00 | | | | |
| | | | **NO CONTACT | $15.00 | $0.00 | | 69791831 | 5/19/2017 | 5/25/2017 | 2000116850 |
| 5/15/2017 | 5/18/2017 | CV | Total: | $15.00 | | $15.00 | | | | |
| | | | **NO CONTACT | $15.00 | $0.00 | | 69390451 | 4/19/2017 | 4/27/2017 | 2000028767 |
| 4/14/2017 | 4/18/2017 | CV | Total: | $15.00 | | $15.00 | | | | |
| | | | **NO CONTACT | $15.00 | $0.00 | | 69041214 | 3/21/2017 | 3/27/2017 | 2000217857 |
| 3/17/2017 | 3/20/2017 | CV | Total: | $15.00 | | $15.00 | | | | |
| | | | **NO CONTACT | $15.00 | $0.00 | | 68772417 | 2/21/2017 | 2/28/2017 | 2000123519 |
| 2/17/2017 | 2/20/2017 | CV | Total: | $15.00 | | $15.00 | | | | |
| | | | **NO CONTACT | $15.00 | $0.00 | | 68456164 | 1/24/2017 | 1/31/2017 | 2000065501B |
| 1/18/2017 | 1/23/2017 | CV | Total: | $15.00 | | $15.00 | | | | |
| | | | **NO CONTACT | $15.00 | $0.00 | | 68139647 | 12/27/2016 | 1/5/2017 | 2000768060 |
| 12/19/2016 | 12/23/2016 | CV | Total: | $15.00 | | $15.00 | | | | |
| | | | **NO CONTACT | $15.00 | $0.00 | | 67810899 | 11/25/2016 | 12/7/2016 | 2001061600 |
| 11/21/2016 | 11/23/2016 | CV | Total: | $15.00 | | $15.00 | | | | |
| | | | **NO CONTACT | $15.00 | $0.00 | | 67459249 | 10/27/2016 | 11/2/2016 | 2000737669 |
| 10/24/2016 | 10/25/2016 | CV | Total: | $15.00 | | $15.00 | | | | |
| | | | **NO CONTACT | $15.00 | $0.00 | | 67002442 | 9/29/2016 | 10/11/2016 | 2000022363 |
| 9/16/2016 | 9/28/2016 | CV | Total: | $15.00 | | $15.00 | | | | |
| | | | **NO CONTACT | $15.00 | $0.00 | | 66529329 | 9/1/2016 | 9/9/2016 | 2000653553 |
| 8/16/2016 | 8/22/2016 | CV | Total: | $15.00 | | $15.00 | | | | |
| | | | **NO CONTACT | $15.00 | $0.00 | | 65843332 | 7/25/2016 | 8/10/2016 | 2000009014 |
| 7/15/2016 | 7/22/2016 | CV | Total: | $15.00 | | $15.00 | | | | |
| | | | **NO CONTACT | $15.00 | $0.00 | | 65308831 | 6/21/2016 | 6/27/2016 | 2000546514 |
| 6/13/2016 | 6/20/2016 | CV | Total: | $15.00 | | $15.00 | | | | |
| | | | **NO CONTACT | $15.00 | $0.00 | | 64769850 | 5/19/2016 | 5/25/2016 | 2000488616 |
| 5/11/2016 | 5/18/2016 | CV | Total: | $15.00 | | $15.00 | | | | |
| | | | **NO CONTACT | $15.00 | $0.00 | | 64205681 | 4/18/2016 | 4/22/2016 | 2000214722 |
| 4/12/2016 | 4/16/2016 | CV | Total: | $15.00 | | $15.00 | | | | |
| | | | **NO CONTACT | $15.00 | $0.00 | | 63802220 | 3/18/2016 | 3/24/2016 | 2000119202 |
| 3/8/2016 | 3/17/2016 | CV | Total: | $15.00 | | $15.00 | | | | |
| | | | **NO CONTACT | $15.00 | $0.00 | | 63340453 | 2/12/2016 | 2/19/2016 | 2000196256 |
| 2/4/2016 | 2/11/2016 | CV | Total: | $15.00 | | $15.00 | | | | |
| | | | **NO CONTACT | $15.00 | $0.00 | | 62849297 | 1/11/2016 | 1/15/2016 | 2000038253 |
| 1/4/2016 | 1/10/2016 | CV | Total: | $15.00 | | $15.00 | | | | |
| | | | **NO CONTACT | $15.00 | $0.00 | | 62416581 | 12/9/2015 | 12/15/2015 | 2001155686 |
| 11/23/2015 | 12/8/2015 | CV | Total: | $15.00 | | $15.00 | | | | |
| | | | **NO CONTACT | $15.00 | $0.00 | | 61740809 | 10/28/2015 | 11/3/2015 | 2001092362 |
| 10/22/2015 | 10/27/2015 | CV | Total: | $15.00 | | $15.00 | | | | |
| | | | **NO CONTACT | $15.00 | $0.00 | | 61075094 | 9/28/2015 | 10/7/2015 | 2001027084 |
| 9/23/2015 | 9/27/2015 | CV | Total: | $15.00 | | $15.00 | | | | |
| | | | **NO CONTACT | $15.00 | $0.00 | | 60484600 | 8/31/2015 | 9/8/2015 | 2000990002 |
| 8/25/2015 | 8/29/2015 | CV | Total: | $15.00 | | $15.00 | | | | |

| Start | End | Type | Desc | | | | Ref | Date1 | Date2 | Account |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | **NO CONTACT | $15.00 | $0.00 | | 59865717 | 8/3/2015 | 8/10/2015 | 2000841473 |
| 7/29/2015 | 7/31/2015 | CV | Total: | $15.00 | | $15.00 | | | | |
| | | | **NO CONTACT | $15.00 | $0.00 | | 59203166 | 7/6/2015 | 7/13/2015 | 2000528650 |
| 7/1/2015 | 7/4/2015 | CV | Total: | $15.00 | | $15.00 | | | | |
| | | | **NO CONTACT | $15.00 | $0.00 | | 58463911 | 6/8/2015 | 6/15/2015 | 2000551953 |
| 6/3/2015 | 6/6/2015 | CV | Total: | $15.00 | | $15.00 | | | | |
| | | | **NO CONTACT | $15.00 | $0.00 | | 57785851 | 5/11/2015 | 5/19/2015 | 2000459941 |
| 5/1/2015 | 5/9/2015 | CV | Total: | $15.00 | | $15.00 | | | | |
| | | | **NO CONTACT | $15.00 | $0.00 | | 57010475 | 4/7/2015 | 4/14/2015 | 2000405680 |
| 4/3/2015 | 4/6/2015 | CV | Total: | $15.00 | | $15.00 | | | | |
| | | | **NO CONTACT | $15.00 | $0.00 | | 56491153 | 3/10/2015 | 3/20/2015 | 2000295906 |
| 3/4/2015 | 3/9/2015 | CV | Total: | $15.00 | | $15.00 | | | | |
| | | | **NO CONTACT | $15.00 | $0.00 | | 55867359 | 2/9/2015 | 2/17/2015 | 2000181532 |
| 2/4/2015 | 2/7/2015 | CV | Total: | $15.00 | | $15.00 | | | | |
| | | | **NO CONTACT | $15.00 | $0.00 | | 55269333 | 1/12/2015 | 1/19/2015 | 2000015021 |
| 1/5/2015 | 1/10/2015 | CV | Total: | $15.00 | | $15.00 | | | | |
| | | | **NO CONTACT | $15.00 | $0.00 | | 54713741 | 12/9/2014 | 12/16/2014 | 2001405498 |
| 12/1/2014 | 12/8/2014 | CV | Total: | $15.00 | | $15.00 | | | | |
| | | | **NO CONTACT | $15.00 | $0.00 | | 54011420 | 11/6/2014 | 11/15/2014 | 2001354199 |
| 11/2/2014 | 11/5/2014 | CV | Total: | $15.00 | | $15.00 | | | | |
| | | | **NO CONTACT | $15.00 | $0.00 | | 52516569 | 10/9/2014 | 10/27/2014 | 2001070356 |
| 9/30/2014 | 10/8/2014 | CV | Total: | $15.00 | | $15.00 | | | | |
| | | | **NO CONTACT | $0.00 | $0.00 | | 51164078 | 9/8/2014 | | |
| 9/3/2014 | 9/5/2014 | CV | Total: | $0.00 | | $0.00 | | | | |
| | | | **NO CONTACT | $15.00 | $0.00 | | 51164078 | 9/8/2014 | 9/15/2014 | 2001098544 |
| 8/10/2014 | 9/5/2014 | CV | Total: | $15.00 | | $15.00 | | | | |
| | | | **NO CONTACT | $15.00 | $0.00 | | 47849495 | 7/16/2014 | 7/23/2014 | 2000733497 |
| 7/7/2014 | 7/15/2014 | CV | Total: | $15.00 | | $15.00 | | | | |
| | | | **NO CONTACT | $15.00 | $0.00 | | 46820729 | 6/10/2014 | 6/27/2014 | 2000677902CI |
| 5/23/2014 | 6/9/2014 | CV | Total: | $15.00 | | $15.00 | | | | |
| | | | **NO CONTACT | $15.00 | $0.00 | | 45561516 | 4/28/2014 | 5/9/2014 | 2000382975CI |
| 4/21/2014 | 4/27/2014 | CV | Total: | $15.00 | | $15.00 | | | | |
| | | | **NO CONTACT | $15.00 | $0.00 | | 44765181 | 3/27/2014 | 4/14/2014 | 2000253838CI |
| 3/19/2014 | 3/26/2014 | CV | Total: | $15.00 | | $15.00 | | | | |
| | | | **NO CONTACT | $15.00 | $0.00 | | 44203050 | 2/26/2014 | 3/27/2014 | 2000224112CI |
| 2/19/2014 | 2/22/2014 | CV | Total: | $15.00 | | $15.00 | | | | |
| | | | **NO CONTACT | $15.00 | $0.00 | | 43543215 | 1/27/2014 | 3/4/2014 | 2000016527CI |
| 1/22/2014 | 1/24/2014 | CV | Total: | $15.00 | | $15.00 | | | | |
| | | | **NO CONTACT | $15.00 | $0.00 | | 43065232 | 1/3/2014 | 1/15/2014 | 2000029502 |
| 12/26/2013 | 12/27/2013 | CV | Total: | $15.00 | | $15.00 | | | | |
| | | | **NO CONTACT | $15.00 | $0.00 | | 42330829 | 12/2/2013 | 1/7/2014 | 2002116745 |
| 11/26/2013 | 11/30/2013 | CV | Total: | $15.00 | | $15.00 | | | | |
| | | | **NO CONTACT | $15.00 | $0.00 | | 41693681 | 11/4/2013 | 12/5/2013 | 2000886796 |
| 10/29/2013 | 10/31/2013 | CV | Total: | $15.00 | | $15.00 | | | | |
| | | | **NO CONTACT | $15.00 | $0.00 | | 40817532 | 10/7/2013 | 11/30/2013 | 2001901296 |
| 10/1/2013 | 10/3/2013 | CV | Total: | $15.00 | | $15.00 | | | | |
| | | | **NO CONTACT | $15.00 | $0.00 | | 39855646 | 9/9/2013 | 1/28/2014 | 2001740253 |
| 8/30/2013 | 9/6/2013 | CV | Total: | $15.00 | | $15.00 | | | | |
| | | | **NO CONTACT | $15.00 | $0.00 | | 39183759 | 8/19/2013 | 4/7/2015 | 39183759-WC |
| | | | Total: | $15.00 | | $15.00 | | | 3/25/2014 | 2000352015CI |
| 8/2/2013 | 8/18/2013 | CV | | | | | | | 3/25/2014 | 2000352015CI |
| | | | **NO CONTACT | $15.00 | $0.00 | | 32861142 | 7/11/2013 | 8/22/2013 | 2001301829 |
| 7/3/2013 | 7/8/2013 | CV | Total: | $15.00 | | $15.00 | | | | |
| | | | **NO CONTACT | $15.00 | $0.00 | | 31911596 | 6/11/2013 | 7/6/2013 | 2001036252 |
| 6/3/2013 | 6/8/2013 | CV | Total: | $15.00 | | $15.00 | | | | |
| | | | **NO CONTACT | $15.00 | $0.00 | | 30839059 | 5/9/2013 | 6/5/2013 | 2000959912 |
| 5/5/2013 | 5/8/2013 | CV | Total: | $15.00 | | $15.00 | | | | |
| | | | **NO CONTACT | $15.00 | $0.00 | | 29913225 | 4/9/2013 | 7/5/2013 | 2001009468 |

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 4/2/2013 | 4/5/2013 | CV | Total: | $15.00 | | $15.00 | | | | | |
| | | | **NO CONTACT | $15.00 | $0.00 | | | 29203152 | 3/6/2013 | 4/20/2013 | 2000538000 |
| 2/27/2013 | 3/5/2013 | CV | Total: | $15.00 | | $15.00 | | | | | |
| | | | **NO CONTACT | $15.00 | $0.00 | | | 28568252 | 1/31/2013 | 3/6/2013 | 2000078945 |
| 1/27/2013 | 1/29/2013 | CV | Total: | $15.00 | | $15.00 | | | | | |
| | | | **NO CONTACT | $15.00 | $0.00 | | | 28168555 | 1/9/2013 | 2/13/2013 | 2000127872 |
| 1/4/2013 | 1/7/2013 | CV | Total: | $15.00 | | $15.00 | | | | | |
| | | | **NO CONTACT | $15.00 | $0.00 | | | 27731214 | 12/17/2012 | 1/5/2013 | 2000452794 |
| 12/9/2012 | 12/14/2012 | CV | Total: | $15.00 | | $15.00 | | | | | |