UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.:  9:21-cv-80828-WPD

**KIMN S. SULLIVAN a/k/a**
**KIMBERLY S. SULLIVAN,** individually and
on behalf of those similarly situated,

        **Plaintiff,**

**vs.**

                                       **DEMAND FOR JURY TRIAL**

**BANK OF AMERICA, N.A.**, and
**SAFEGUARD PROPERTIES**
**MANAGEMENT, LLC,**

        **Defendants.**

_____/

**SUMMONS IN A CIVIL ACTION**

To:    BANK OF AMERICA, N.A.
       c/o C T CORPORATION SYSTEM
       1200 South Pine Island Road
       Plantation, FL 33324

       A lawsuit has been filed against you.

       Within 21 days after service of this summons on you (not counting the day you received it) – or 60 days if you are in the United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) – you must serve on plaintiffs an answer to the attached complaint of a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorneys, whose names and addresses are:

Scott David Hirsch
**SCOTT HIRSCH LAW GROUP**
Fla. Bar No. 50833
6810 N. State Road 7
Coconut Creek, FL 33073
Tel: (561) 569-7062
Email: scott@scotthirschlawgroup.com

**GUSTAFSON GLUEK PLLC**
Daniel E. Gustafson* *Pro Hac Forthcoming*
Daniel C. Hedlund*  *Pro Hac Forthcoming*
David A. Goodwin*  *Pro Hac Forthcoming*
Canadian Pacific Plaza
120 South 6th Street, Suite 2600
Minneapolis, MN 55402
Tel: (612) 333-8844
Email: dgustafson@gustafsongluek.com
        dheadlund@gustafsongluek.com
        dgoodwin@gustafsongluek.com

If you fail to respond, judgment by default will be entered against you for the relief

demanded in the complaint. You must also file your answer or motion with the court.

CLERK OF COURT



**SUMMONS**

Date: _____May 7, 2021_____

*s/ P. Curtis*
_____ _____
Deputy Clerk
U.S. District Courts

Angela E. Noble
Clerk of Court

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.:  9:21-cv-80828-WPD

**KIMN S. SULLIVAN a/k/a**
**KIMBERLY S. SULLIVAN,** individually and
on behalf of those similarly situated,

       **Plaintiff,**

**vs.**                                                                          **DEMAND FOR JURY TRIAL**

**BANK OF AMERICA, N.A.**, and
**SAFEGUARD PROPERTIES**
**MANAGEMENT, LLC,**

       **Defendants.**

_____/

**SUMMONS IN A CIVIL ACTION**

To:    SAFEGUARD PROPERTIES MANAGEMENT, LLC
       c/o CORPORATION SERVICE COMPANY
       1201 Hays Street
       Tallahassee, FL 32301-2525

       A lawsuit has been filed against you.

       Within 21 days after service of this summons on you (not counting the day you received it) – or 60 days if you are in the United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) – you must serve on plaintiffs an answer to the attached complaint of a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorneys, whose names and addresses are:

Scott David Hirsch
**SCOTT HIRSCH LAW GROUP**
Fla. Bar No. 50833
6810 N. State Road 7
Coconut Creek, FL 33073
Tel: (561) 569-7062
Email: scott@scotthirschlawgroup.com

**GUSTAFSON GLUEK PLLC**
Daniel E. Gustafson* *Pro Hac Forthcoming*
Daniel C. Hedlund*  *Pro Hac Forthcoming*
David A. Goodwin* *Pro Hac Forthcoming*
Canadian Pacific Plaza
120 South 6th Street, Suite 2600
Minneapolis, MN 55402
Tel: (612) 333-8844
Email: dgustafson@gustafsongluek.com
       dheadlund@gustafsongluek.com
       dgoodwin@gustafsongluek.com

If you fail to respond, judgment by default will be entered against you for the relief

demanded in the complaint. You must also file your answer or motion with the court.

CLERK OF COURT



SUMMONS

Date: _____May 7, 2021_____

s/ P. Curtis

Angela E. Noble
Clerk of Court

Deputy Clerk
U.S. District Courts