**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

| | |
|---|---|
| KIMN S. SULLIVAN a/k/a KIMBERLY SULLIVAN,<br><br>    Plaintiffs,<br>v.<br><br>BANK OF AMERICA, N.A., et al.,<br><br>    Defendants. | Case No. 9:21-CV-80828-WPD |

### DEFENDANT BANK OF AMERICA, N.A.'S AGREED MOTION TO EXTEND DEADLINE TO RESPOND TO CLASS ACTION COMPLAINT

Pursuant to Rule 6(b)(1) of the Federal Rules of Civil Procedure and Local Rule 7.1, Defendant Bank of America, N.A. ("BANA") moves for an extension of time until and including July 16, 2021, to answer, move, or otherwise plead in response to Plaintiff's Class Action Complaint. This is BANA's first request to enlarge its responsive pleading deadline, which is currently June 2, 2021. BANA has just recently retained the undersigned counsel and seeks this extension to allow for sufficient time to analyze Plaintiff's allegations and prepare BANA's response, particularly in view of upcoming holidays. Plaintiff's counsel confirmed via telephone on May 26, 2021, that Plaintiff does not oppose the requested extension.

### CERTIFICATE OF GOOD FAITH COMPLIANCE

Pursuant to S.D. Fla. Local Rule 7.1(a)(3), Defendant certifies that its counsel conferred with counsel for Plaintiff—the only parties who may be affected by the relief sought in the motion—in a good faith effort to resolve the issues raised in the motion, and there is no opposition to this motion. A proposed Order is attached.

CASE NO. 9:21-CV-80828-WPD
DEFENDANT BANK OF AMERICA, N.A.'S
AGREED MOTION TO EXTEND DEADLINE
TO RESPOND TO CLASS ACTION COMPLAINT

DATED:  May 28, 2021

>Respectfully submitted,
>
>/s/ *J. Randolph Liebler*
>J. Randolph Liebler (Florida Bar #507954)
>Dora F. Kaufman (Florida Bar #771244)
>**LIEBLER, GONZALEZ & PORTUONDO**
>Courthouse Tower
>44 West Flagler Street, 25th Floor
>Miami, FL 33130
>(305) 379-0400
>           AND
>Allen W. Burton (*pro hac vice application forthcoming*)
>**O'MELVENY & MYERS LLP**
>7 Times Square
>New York, NY  10036
>(212) 326-2000
>aburton@omm.com
>
>William K. Pao (*pro hac vice application forthcoming*)
>**O'MELVENY & MYERS LLP**
>400 South Hope Street
>Los Angeles, CA  90071
>(213) 430-6000
>wpao@omm.com
>*Attorneys for Defendant Bank of America, N.A.*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY the foregoing document was filed with the Clerk of the Court using CM/ECF on this 28th day of May, 2021.  I also certify that the foregoing document is being served this day on all counsel of record registered to receive electronic Notices of Electronic Filing generated by CM/ECF.

>*/s/ J. Randolph Liebler*
>J. Randolph Liebler

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| KIMN S. SULLIVAN a/k/a KIMBERLY SULLIVAN,<br><br>    Plaintiffs,<br>v.<br><br>BANK OF AMERICA, N.A., et al.,<br><br>    Defendants. | Case No. 9:21-CV-80828-WPD |

### ORDER GRANTING DEFENDANT BANK OF AMERICA N.A.'S UNOPPOSED MOTION TO EXTEND DEADLINE TO RESPOND TO CLASS ACTION COMPLAINT

THIS MATTER is before this Court on Defendant Bank of America N.A.'s Agreed Motion to Extend Deadline to Respond to Class Action Complaint. Having considered the Motion and the file in this action, and noting that the Motion is unopposed, it is hereby,

ORDERED AND ADJUDGED as follows:

1. The Motion is GRANTED.

2. Defendant Bank of America, N.A. has until and including July 16, 2021, to answer, move, or otherwise plead in response to Plaintiff's Complaint.

SO ORDERED this _____ day of _____, 2021.

_____
JUDGE WILLIAM P. DIMITROULEAS

1