UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.: 21-cv-80828-WPD

KIM S. SULLIVAN a/k/a
KIMBERLY S. SULLIVAN, individually
and on behalf of those similarly situated
    Plaintiff,

v.

BANK OF AMERICA, N.A., and
SAFEGUARD PROPERTIES
MANAGEMENT, LLC,
    Defendants.
_____/

## ORDER GRANTING JOINT MOTION FOR EXTENSION OF TIME AND APPROVAL OF STIPULATED BRIEFING SCHEDULE ON MOTIONS TO DISMISS

THIS CAUSE is before the Court on the Parties' Joint Motion for Extension of Time and Approval of Stipulated Briefing Schedule on Motions to Dismiss, filed June 15, 2021. [DE 16]. The Court has carefully considered the Motion and is otherwise fully advised in the premises.

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. The parties' Motion [DE 16] is **GRANTED**. The Parties' stipulated briefing schedule is approved as follows:

   a. Defendant Safeguard Property Management's response to Plaintiff's putative Class Action Complaint will be submitted on or before July 16, 2021, the current deadline for Defendant Bank of America, N.A.'s response;

   b. Plaintiff's response briefs to the Defendants' responses to Plaintiff's putative Class Action Complaint are due on or before August 30, 2021; and

   c. Defendants' reply briefs regarding Defendants' responses to Plaintiff's putative Class Action Complaint are due on or before September 29, 2021.

**DONE AND ORDERED** in Chambers at Ft. Lauderdale, Florida on this 16th day of June, 2021.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:

Counsel of record