**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
Case No.: 21-cv-80828-WPD

KIMN S. SULLIVAN a/k/a
KIMBERLY S. SULLIVAN, individually
and on behalf of those similarly situated
    Plaintiff,

v.

BANK OF AMERICA, N.A., and
SAFEGUARD PROPERTIES
MANAGEMENT, LLC,
    Defendants.
_____/

**NOTICE OF CONSENT TO FILING AN AMENDED COMPLAINT AND**
**STIPULATED BREIFING SCHEDULE; AND JOINT MOTION FOR**
**APPROVAL OF STIPULATED BRIEFING SCHEDULE**

    In accordance with Fed. R. Civ. P. 15(a)(2), Plaintiff KIMN S. SULLIVAN ("Plaintiff"), Defendant BANK OF AMERICA, N.A. ("BANA") and Defendant SAFEGUARD PROPERTIES MANAGEMENT, LLC ("Safeguard") (Collectively the "Parties"), by their respective counsel, file this Notice of Consent to Filing an Amended Complaint and Stipulated Briefing Schedule; and Joint Motion for Approval of Stipulated Briefing, and in support thereof states as follows:

    1.    On May 7, 2021, Plaintiff filed her Putative Class Action Complaint against BANA and Safeguard. (ECF No. 1).

    2.    On July 16, 2021 the Defendants filed their respective motions to dismiss Plaintiff's Complaint pursuant to Fed. R. Civ. P. 12(b)(6). (ECF Nos. 18, 20.)

    3.    In researching and preparing a response to the Defendants' respective motions to dismiss, Plaintiff found the necessity to amend the Complaint to address certain raised deficiencies and to conduct this litigation more effectively. In addition, further investigation revealed additional claims to be raised. Accordingly, Plaintiff has prepared an amended complaint for submission, and Defendants have agreed not to oppose Plaintiff's filing of an Amended Complaint but reserve all

rights to seek dismissal of Plaintiff's claims.  A copy of Plaintiff's proposed Amended Class Action Complaint is attached hereto as Exhibit "A."

4. Pursuant to Rule 15(a)(2) of the Federal Rules of Civil Procedure: "a party may amend its pleading only with the opposing party's written consent or the court's leave." *Denarii Sys. v. Arab*, 2013 U.S. Dist. LEXIS 18092 at *6 (S.D. Fla. 2013).  As stated above, the Defendants have reviewed the proposed Amended Complaint and have agreed not to oppose the filing of the amended complaint but reserve all rights to seek dismissal of Plaintiff's claims.

5. Additionally, given the need for Defendants and their respective counsel to investigate the additional claims raised and properly formulate a response in light of those changes, as well as scheduling conflicts and preexisting commitments, counsel for the Parties conferred and agreed on a briefing schedule that, with the Court's approval, will allow the Parties to fully and effectively brief the legal issues for the Court.

6. Accordingly, the Parties, through their respective counsel and subject to the Court's approval, have stipulated to a briefing schedule that generally tracks the timing of the briefing schedule that the Parties sought previously (ECF No. 16), and which the Court granted on June 16, 2021 (ECF No. 17):

   a. Defendants' responses to Plaintiff's Amended Complaint will be submitted on or before October 29, 2021.

   b. Should the Defendants move to dismiss the Amended Complaint, Plaintiff's response briefs will be due on or before December 10, 2021; and Defendants' reply briefs will be due on or before January 7, 2022.

7. The Parties agree that the above stipulated briefing schedule will not prejudice any party, hinder, or delay the proceeding, and will in fact promote judicial economy.  Moreover, the

privilege to amend has not been abused, as this is Plaintiff's first amendment, nor is amendment made in bad faith as the proposed amendments are specific to the issues raised by the Defendants' Rule 12(b) motions. Further, no Trial Order has been entered in the instant case and the case is in its procedural infancy.

8. In accordance with S.D. Fla. L.R. 7.1(a)(2), the Parties have filed a proposed order as Exhibit "B" and will email the proposed order to the Court as prescribed by CM/ECF Administrative Procedure §3I(6).

WHEREFORE, for the foregoing reasons the Parties respectfully request that this Court enter an Order: (1) granting and approving the stipulated briefing schedule regarding the Defendants' submission of responses to the Amended Complaint and the subsequent briefing dates for any responses and replies to motions to dismiss the Amended Complaint; (2) deeming Plaintiff's Amended Complaint filed on the day said Order is entered; and (3) granting any further relief this Court deems just and proper.

### S.D. FLA. L.R. 7.1 CERTIFICATION

Pursuant to S.D. Fla. 7.1(a)(3), the parties have conferred and agree to the relief sought in the instant motion.

Dated: August 27, 2021

Respectfully submitted,

| | | |
|---|---|---|
| /s/ Scott D. Hirsch | s/ Julie Singer Brady | /s/ J. Randolph Liebler |
| Scott D. Hirsch | Julie Singer Brady | J. Randolph Liebler |
| **SCOTT HIRSCH LAW GROUP** | Florida Bar No.: 389315 | Florida Bar No.: 507954 |
| Fla. Bar No.: 50833 | jsingerbrady@bakerlaw.com | Dora F. Kaufman |
| scott@scotthirschlawgroup.com | **BAKER & HOSTETLER LLP** | Florida Bar No.:771244 |
| 6810 N. State Road 7 | 200 South Orange Ave., Ste. | **LIEBLER, GONZALEZ &** |
| Coconut Creek, FL 33073 | 2300 | **PORTUONDO** |

3

| | | |
|---|---|---|
| (561) 569-7062<br><br>Daniel C. Hedlund *(Admitted Pro Hac Vice)*<br>David A. Goodwin *(Admitted Pro Hac Vice)*<br>**GUSTAFSON GLUEK PLLC**<br>120 So. 6th St., Ste. 2600<br>Minneapolis, MN 55402<br>Telephone: (612) 333-8844<br>Facsimile: (612) 339-6622<br>dhedlund@gustafsongluek.com<br>dgoodwin@gustafsongluek.com<br><br>*Attorneys for Kimn S. Sullivan* | Orlando, Florida 32802<br>Telephone: (407) 649-4000<br>Facsimile: (407) 841-0168<br><br>Dustin M. Dow<br>Ohio Bar No.: 0089599<br>(*pro hac vice admission forthcoming*)<br>**BAKER & HOSTETLER LLP**<br>Key Tower<br>127 Public Square<br>Suite 2000<br>Cleveland, OH 44114<br>Telephone: (216) 621-0200<br>Facsimile: (216) 696-0740<br>ddow@bakerlaw.com<br><br>*Attorneys for Safeguard Properties Management, LLC* | Courthouse Tower<br>44 West Flagler Street,<br>25th Floor<br>Miami, FL 33130<br>(305) 379-0400<br><br>Allen W. Burton (*Admitted pro hac vice*)<br>**O'MELVENY & MYERS LLP**<br>7 Times Square<br>New York, NY 10036<br>(212) 326-2000<br>aburton@omm.com<br><br>William K. Pao (*Admitted pro hac vice*)<br>**O'MELVENY & MYERS LLP**<br>400 South Hope Street<br>Los Angles, CA 90071<br>(213) 430-6000<br>wpao@omm.com<br><br>*Attorneys for Bank of America, N.A.* |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was electronically filed on August 27, 2021 with the Clerk of Court using CM/ECF which caused a copy to be served on all counsel of record.

*Scott D. Hirsch*
Scott D. Hirsch