UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No.: 21-cv-80828-WPD

KIMN S. SULLIVAN a/k/a
KIMBERLY S. SULLIVAN, individually
and on behalf of those similarly situated
    Plaintiff,

v.

BANK OF AMERICA, N.A., and
SAFEGUARD PROPERTIES
MANAGEMENT, LLC,
    Defendants.

_____/

**PLAINTIFF'S RESPONSE IN OPPOSITION
TO DEFENDANTS' MOTIONS TO DISMISS**

Plaintiff KIMN S. SULLIVAN ("Plaintiff"), through her undersigned counsel, for the reasons stated herein, respectfully requests that the motions to dismiss filed by Defendant BANK OF AMERICA, N.A. ("BANA") and Defendant SAFEGUARD PROPERTIES MANAGEMENT, LLC ("Safeguard") (collectively "Defendants") be denied as moot, and in support thereof states as follows:

1. On May 7, 2021, Plaintiff filed her Putative Class Action Complaint against BANA and Safeguard. (ECF No. 1).

2. On July 16, 2021, the Defendants filed their respective motions to dismiss Plaintiff's Complaint pursuant to Fed. R. Civ. P. 12(b)(6). (ECF Nos. 18, 20.).

3. As a result of some of the issues raised in Defendants' respective motions to dismiss, Plaintiff determined an amendment to the Complaint to be necessary and sought Defendants' consent to file said amendment. The Amended Complaint as filed, would eliminate two (2) of Plaintiff's claims, unjust enrichment and FCCPA § 559.72, Fla. Stat. Additionally, the Amended Complaint adds a new claim under the Real Estate Settlement Procedures Act, 12 U.S.C. §§ 2601, *et seq*. ("RESPA"), "Regulation X", 12 C.F.R. § 1024.1, *et seq*.

4. In discussing Defendants' consent to the Amended Complaint, for which Defendants agreed they did not oppose the amendment, the parties further agreed to revise the briefing schedule for the responses to Plaintiff's Amended Complaint. Therefore, on August 28, 2021, the parties submitted a Joint Notice of Consent to File an Amended Complaint and Stipulated Briefing Schedule and a Joint Motion for the Court's Approval of the Stipulated Briefing Schedule. (ECF No. 24).

5. Accordingly, for the forgoing reasons, the Defendants' respective motions to dismiss should be denied as moot.

Dated: August 30, 2021

Respectfully submitted,

By: */s/ Scott D. Hirsch*
Scott D. Hirsch
**SCOTT HIRSCH LAW GROUP**
Fla. Bar No.: 50833
scott@scotthirschlawgroup.com
6810 N. State Road 7
Coconut Creek, FL 33073
(561) 569-7062

Daniel C. Hedlund *(Admitted Pro Hac Vice)*
David A. Goodwin *(Admitted Pro Hac Vice)*
**GUSTAFSON GLUEK PLLC**
120 So. 6th St., Ste. 2600
Minneapolis, MN 55402
Telephone: (612) 333-8844
Facsimile: (612) 339-6622
dhedlund@gustafsongluek.com
dgoodwin@gustafsongluek.com

***Attorneys for Kimn S. Sullivan***

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing was electronically filed on August 30, 2021 with the Clerk of Court using CM/ECF which caused a copy to be served on all counsel of record.

*Scott D. Hirsch*
Scott D. Hirsch
