UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.: 21-cv-80828-WPD

KIMN S. SULLIVAN a/k/a
KIMBERLY S. SULLIVAN, individually
and on behalf of those similarly situated
    Plaintiff,

v.

BANK OF AMERICA, N.A., and
SAFEGUARD PROPERTIES
MANAGEMENT, LLC,
    Defendants.
_____/

**ORDER APPROVING NOTICE OF CONSENT TO FILING AN AMENDED COMPLAINT AND STIPULATED BREIFING SCHEDULE; AND GRANTING JOINT MOTION FOR APPROVAL OF STIPULATED BRIEFING SCHEDULE**

THIS CAUSE is before the Court on the Parties' Notice of Consent to Filing an Amended Complaint and Stipulated Briefing Schedule; and Joint Motion for Approval of Stipulated Briefing Schedule, filed on August 27, 2021. [DE 24]. The Court has reviewed the Joint Motion [DE 24] and is otherwise fully advised in the premises.

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1.     The Joint Motion [DE 24] is **GRANTED**;

2.     Plaintiff shall file the Amended Complaint as a separate docket entry in CM/ECF;

3.     Defendants' Motions to Dismiss and for Judicial Notice [DE's 18, 20, 21] are hereby **DENIED AS MOOT**;

4,     Defendants shall respond to Plaintiff's Amended Complaint on or before October 29, 2021;

5. In the event that Defendants file motions to dismiss the Amended Complaint, Plaintiff's response briefs will be due on or before December 10, 2021; and Defendants' reply briefs will be due on or before January 7, 2022.

**DONE AND ORDERED** in Chambers at Ft. Lauderdale, Broward County, Florida on this 30th day of August, 2021.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished:

Counsel of record