UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.: 21-cv-80828-WPD

KIMN S. SULLIVAN a/k/a
KIMBERLY S. SULLIVAN, individually
and on behalf of those similarly situated
    Plaintiff,

v.

BANK OF AMERICA, N.A., and
SAFEGUARD PROPERTIES
MANAGEMENT, LLC,
    Defendants.
_____/

**ORDER RESETTING HEARING ON MOTIONS TO DISMISS**

THIS CAUSE is before the Court *sua sponte*.

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. The hearing on the pending Motions to Dismiss [DE's 28, 29] is hereby **RESET** for **10:30 A.M. on Friday, February 11, 2022**, in Courtroom 205B at the U.S. Courthouse, 299 E. Broward Boulevard, Fort Lauderdale, Florida.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 13th day of January, 2022.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:

Counsel of Record